IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC<br>f/k/a HELENA CHEMICAL COMPANY | PLAINTIFF |
| vs.    CASE NO: 6:24-cv-06018-SOH | |
| ELLINGTON ENTERPRISES, INC.;<br>JEROME FARMS PARTNERSHIP;<br>KIM R. ELLINGTON; and<br>SHARON ELLINGTON | DEFENDANTS |

**CONSENT JUDGMENT AGAINST SEPARATE
DEFENDANT ELLINGTON ENTERPRISES, INC.**

COMES NOW before the Court, the Complaint filed by plaintiff Helena Agri-Enterprises, LLC f/k/a Helena Chemical Company ("**Helena**") against the separate defendants Ellington Enterprises, Inc. ("**Ellington Enterprises**"), Jerome Farms Partnership, Kim R. Ellington, and Sharon Ellington. Upon consideration of the Complaint and other filings of record, and the consent of Ellington Enterprises to the entry of this Consent Judgment as indicated by the signature of its attorneys below, the Court hereby finds and orders as follows:

1. Helena filed its Complaint initiating this action on February 22, 2024. In Count I of the Complaint, Helena alleges, among other things, that Ellington Enterprises is indebted to it for the balance owed on an open credit account in the name of Ellington Enterprises. In Count II of the Complaint, Helena alleges that Jerome Farms Partnership, Kim R. Ellington, and Sharon Ellington are indebted to it for the balance owed on a separate open credit account in the name of Jerome Farms Partnership.

2. As evidenced by the Notice: Suggestion of Bankruptcy filed in this action on April 11, 2025 (Doc. No. 28), separate defendants Kim R. Ellington and Sharon Ellington filed a Chapter 11 bankruptcy petition on April 10, 2025, which bankruptcy is currently pending before the United

States Bankruptcy Court for the Eastern District of Arkansas. Therefore, Helena's claim in Count II of its Complaint against Kim R. Ellington, Sharon Ellington, and Jerome Farms Partnership is stayed pursuant to 11 U.S.C. § 362(a). However, Ellington Enterprises has not filed bankruptcy, and Helena's remaining claim, Count I of its Complaint against Ellington Enterprises, is not stayed.

3. As to Count I of the Complaint, the Court now finds that as of July 25, 2024, there remained an amount owed by Ellington Enterprises on its open credit account with Helena in the total adjusted amount of $700,214.34, comprised of principal indebtedness of $543,465.97 and accrued finance charges of $156,748.37. Finance charges have continued to accrue on the unpaid principal balance after July 25, 2024 at the rate of 1.4% per month ($7,608.52 per month), which additional finance charges total $60,868.16 through March 31, 2025.

4. Accordingly, the total amount owed to Helena by Ellington Enterprises through March 31, 2025 on the open credit account of Ellington Enterprises is $761,082.50.

5. Ellington Enterprises is presently in default under the terms of its open credit account with Helena.

6. As indicated by the signature of its counsel below, Ellington Enterprises consents to the award by the Court to plaintiff Helena of judgment against Ellington Enterprises in the total amount of $761,082.50, together with post-judgment interest thereon at the applicable statutory post-judgment interest rate until paid. Such amount is expressly inclusive of, and not in addition to, the undisputed amount previously found to be owed by Ellington Enterprises to Helena in the Court's Memorandum Opinion entered on April 9, 2025 (Doc. No. 27).

7. In accordance with Fed. R. Civ. P. 54(b), the Court expressly finds and determines that there is no just reason for delay in the entry of final judgment with respect to the judgment awarded herein on Helena's claim against Ellington Enterprises in Count I of its Complaint. Such

claim is distinctly separate from Helena's remaining claim in Count II of its Complaint, which seeks judgment against separate parties on a wholly separate credit account, involves separate facts and evidence, and which has been stayed indefinitely by the bankruptcy filing of Kim R. Ellington and Sharon Ellington. Upon the basis of these determinations, the Court hereby finds and orders, in accordance with Fed. R. Civ. P. 54(b), that there is no just reason for delay of the entry of a final judgment against Ellington Enterprises and that the Court has and does hereby direct that the judgment awarded herein shall be a final judgment for all purposes.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED:**

(a) That plaintiff Helena Agri-Enterprises, LLC, formerly known as Helena Chemical Company, shall have, and is hereby awarded, final judgment on Count I of its Complaint against the separate defendant Ellington Enterprises, Inc., in the total amount of Seven Hundred Sixty One Thousand and Eighty Two Dollars and Fifty Cents ($761,082.50), together with post-judgment interest thereon accruing from and after the date of entry of this Consent Judgment at the applicable statutory rate;

(b) That Helena's remaining claim in Count II of its Complaint against Jerome Farms Partnership, Kim R. Ellington, and Sharon Ellington is hereby stayed pending resolution or lifting of the automatic stay in the bankruptcy proceeding of Kim R. Ellington and Sharon Ellington; and

(c) That all writs and processes authorized by law for the collection of judgments shall issue hereon, without further application to this Court.

**IT IS SO ORDERED.**

_Susan O. Hickey_
**HONORABLE SUSAN O. HICKEY**
**CHIEF U.S. DISTRICT COURT JUDGE**

4/16/2025
**DATE**

3

**AGREED AND APPROVED AS TO FORM AND SUBSTANCE:**

*Zachary T. Sellers*

Vanessa Cash Adams, ABN 2007145
Zachary T. Sellers, ABN 2019052
AR Law Partners, PLLC
415 N. McKinley Street, Suite 830
Little Rock, Arkansas 72205
Ph: (501) 710.6500
Fax: (501) 710.6336
vanessa@arlawpartners.com
zachary@arlawpartners.com
*Attorneys for Defendants*


LAX, VAUGHAN, FORTSON,
 ROWE & THREET, P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
(501) 376-6565 Office
(501) 376-6666 Fax
rrowe@laxvaughan.com
tscott@laxvaughan.com

By: _____

Roger D. Rowe (85140)
Ralph D. Scott III (2015127)
*Attorneys for Helena Agri-Enterprises, LLC*

4