IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HELENA AGRI-ENTERPRISES, LLC
f/k/a HELENA CHEMICAL COMPANY                                          PLAINTIFF

v.                               Case No. 6:24-cv-06018

ELLINGTON ENTERPRISES, INC.;
JEROME FARMS PARTNERSHIP;
KIM R. ELLINGTON; and
SHARON ELLINGTON                                                       DEFENDANTS

## ORDER

It appears that Defendants Kim R. Ellington and Sharon Ellington filed a bankruptcy petition on April 11, 2025, and that all matters in this Court should be stayed pending the disposition of bankruptcy proceedings. (ECF No. 28).

Generally, when a party files a Chapter 11 bankruptcy petition, all proceedings "against the debtor" are subject to an automatic stay. *See* 11 U.S.C. § 362(a). Here, Defendants Kim R. Ellington and Sharon Ellington filed a Chapter 11 bankruptcy petition. (ECF No. 28).

Accordingly, **IT IS SO ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown, for entry of any stipulation, or for any other purpose so required to obtain a final determination of the litigation.[1]

**IT IS SO ORDERED**, this 16th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court notes that Defendant Jerome Farms Partnership is comprised of two general partners, Defendant Kim R. Ellington and Defendant Sharon Ellington (ECF No. 2-3). Thus, proceedings against Defendant Jerome Farms Partnership are also stayed and administratively terminated pursuant to this Order.